JOHN C. BOLTE, Respondent, v. OPAL THEATRE, INC., and Others, Appellants, Impleaded with Others, Defendants.— The equities involved can best be disposed of after a full disclosure of all the facts upon a trial. Order unanimously affirmed, with twenty dollars costs and disbursements. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of PAUL J. McKINNON, President, and Others, COMMITTEE OF NEW YORK CITY SUBWAY POLICE ASSOCIATION and All the Members Thereof Individually, Petitioners, Appellants, against JOHN H. DELANEY, Chairman, and Others, Constituting the Board of Transportation of the City of New York, and Others, Respondents. BROTHERHOOD OF RAILROAD SIGNALMEN OF AMERICA and Others, Intervenors, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of the Application of HARRY SOLO, Petitioner, Appellant, against WILLIAM G. FULLEN and Others, Constituting the Members of the New York Transit Commission, and Others, Respondents. BROTHERHOOD OF RAILROAD SIGNALMEN OF AMERICA and Others, Intervenors, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of the Application of MORRIS FELDER, Petitioner, Appellant, against WILLIAM G. FULLEN and Others, Constituting the Members of the New York State Transit Commission, and Others, Respondents. BROTHERHOOD OF RAILROAD SIGNALMEN OF AMERICA and Others, Intervenors, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of the Application of JACOB R. KWELLER and Others, Petitioners, Appellants, against PAUL J. KERN, President, and Others, Constituting the Municipal Civil Service Commission for the City of New York, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of the Application of EVELYN STANHOPE and Others (177), Petitioners, Appellants, against FIORELLO H. LAGUARDIA, Chairman, and Others, Together Constituting the Board of Estimate of the City of New York, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

FRANZ WITTENBERG, Appellant, v. BANK DYSKONTOWY WARSZAWSKI, S. A., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

SIXTH AVENUE AND THIRTIETH STREET REALTY CORPORATION and Another, Plaintiffs, Respondents, v. THE CITY OF NEW YORK and Another, Defendants, Respondents. THE GREENWICH SAVINGS BANK, Intervenor, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.